ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

BRIAN MARTIN KURTYKA

* IN THE

* SUPREME COURT

* OF MARYLAND

* AG No. 44

* September Term, 2023

O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent, filed by Bar Counsel and Respondent, Brian Martin Kurtyka, on March 18, 2024 in the above-captioned case, in which the parties jointly petition this Court to disbar Respondent pursuant to Rule 19-736,

WHEREAS, on February 27, 2024, the Attorney Grievance Commission filed a Petition for Disciplinary or Remedial Action alleging that Respondent had been found guilty of a serious crime within the meaning of Maryland Rule 19-701(t) and 19-738(a),

WHEREAS, on February 27, 2024, this Court issued a show cause order pursuant to Maryland Rule 19-738(d) directing Respondent within fifteen days of the date of the order to show cause in writing why he should not be immediately suspended from the practice of law in the State of Maryland pending further order of this Court and, to date, no response has been received,

WHEREAS, in the joint petition, the parties advise that Respondent was charged in the Circuit Court for Washington County in State of Maryland vs. Brian M. Kurtyka, Case No. C-21-CR-22-000725, with two counts of "Embezzlement Misappropriate" and one count of "Forgery, Private Documents," pled guilty to all three counts on January 16, 2024, and was sentenced to fifteen years of incarceration with all but five years suspended and five years' supervised probation with restitution in the amount of $672,354.51 to be paid,

WHEREAS, the parties advise that Respondent agrees that his conduct as described in the joint petition violates Maryland Attorneys' Rules of Professional Conduct Rules 8.4(a), (b), (c), and (d) (misconduct) and that Respondent consents to disbarment, it is this 20th day of March 2024,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Disbarment by Consent is GRANTED, and the Respondent, Brian Martin Kurtyka, is DISBARRED, effective immediately; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Brian Martin Kurtyka from the register of attorneys in the Court, certify that fact to the Client Protection Fund of the Maryland, and send notice to all Clerks of Court and other persons as required by Maryland Rule 19-761.

/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk